```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**LYNDA DENISE FOWLER**                                           **PLAINTIFF**

v.                           Civil No. 10-5179

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                               **DEFENDANT**


### O R D E R

Now on this 12th day of April, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Document #14) to which no objections have been made. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Court finds that **Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act** (Document #11) should be, and it hereby is, **granted.**

**IT IS FURTHER ORDERED** that Plaintiff's counsel should be awarded compensation under the EAJA for: 13.02 attorney hours at a rate of $173.00 per hour for work performed in 2010; and 1.77 attorney hours at an hourly rate of $174.00 per hour for work performed in 2011; for a total attorney's fee award of $2,560.44,

plus $27.34 in costs, for a total award of $2,587,78.  This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

    **IT IS SO ORDERED.**

                                      **/s/Jimm Larry Hendren**
                                      **HON. JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**